WILLS (§ 684*)—CONSTRUCTION—"USED, PAID OUT, AND EXPENDED."

Where a will provides for a gift in trust, the residue to be "used, paid out, and expended" for the care of her husband, the trust contemplates the consumption of the principal of the residue as far as necessary for the care of the beneficiary.

[Ed. Note.—For other cases, see Wills, Cent. Dig. §§ 1614–1628; Dec. Dig. § 684.*

For other definitions, see Words and Phrases, vol. 8, pp. 7228–7237, 7825.]

In the matter of the probate of the will of Bridget Lehre, deceased. Decree of probate granted.

Nicholas Dietz, for proponent.

George S. Dowling, for Gustave Lehre.

Jacob I. Bergen, special guardian.

KETCHAM, S.  The trust for the husband contemplates the consumption of the principal of the residue to such extent as the proper care of the beneficiary may require and the discretion of the trustees shall prescribe.  The terms of the gift in trust are, not that the income shall be paid out, or used, or expended, but that the residue is to be "used, paid out, and expended to properly care for or have cared for my husband aforesaid, and to maintain him in said hospital, in a good and proper manner."

Throughout the will are many provisions that certain amounts therein given shall be "used," and in one instance there is a gift of $500 to a legatee named, "to be used, paid out, and expended by him for the care of my grave."  In none of these cases is it possible that the words contemplating a use or payment or expenditure would be satisfied, except by the consumption of the principal.  The same words must mean the same thing in their several repetitions.  The testatrix has set up her own vocabulary, by which interpretation is controlled. As to what shall be done with the fund in the event of the death of the beneficiary, there is no need for present interpretation.

The decree of probate will embody the foregoing construction.

Decreed accordingly.